UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DERRICK ANDERSON, on behalf of himself and all
others similarly situated,

                            Plaintiff,

                  -against-

EQX HOTEL MANAGEMENT, LLC,

                            Defendant.

-----------------------------------------------------------------------X

Case No. 24-cv-03135 (FB)
(VMS)

**NOTICE OF**
**<u>VOLUNTARY DISMISSAL</u>**

WHEREAS, plaintiff Derrick Anderson commenced this action with the filing of a complaint on April 26, 2024; and,

WHEREAS, defendant has not served an answer or dispositive motion;

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses this action in its with prejudice.

Dated: Hicksville, New York
       September <u>16</u>, 2024

                                   **MARS KHAIMOV LAW, PLLC**

                         By:   *Mars Khaimov*
                                Mars Khaimov, Esq.

                                100 Duffy Avenue, Suite 510
                                Hicksville, New York 11801
                                Telephone: (929) 324-0717
                                Email: mars@khaimovlaw.com

                                *Attorneys for plaintiff*